```
 1  Kathryn E. Dobel, SBN 85530
    Law Office of Kathryn Dobel
 2  1700 Shattuck Avenue, 77
    Berkeley, CA 94709
 3  Telephone: 510.548.2004
    Facsimile: 510.666.1315
 4  Cellular:  510.301.4994
    spedlaw@comcast.net
 5
    Attorney for Plaintiff
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. McK., BY AND THROUGH HIS GUARDIAN AD LITEM, K. McK.,<br><br>    Plaintiff,<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, ANN DODSON, and CONNIE KHANACHET, and DOES 1-20,<br><br>    Defendants.<br>_____ | Case No. C-11-04661- CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulations pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.) The parties agree to participate in Mediation (ADR L.R. 6).

2.) The parties agree to hold the ADR session within 120 days from the date of the Order.

Dated: 12/20/11          /s/_____
                 Kathryn E. Dobel
                 Attorney for Plaintiff

STIPULATION and [PROPOSED] ORDER SELECTING ADR PROCESS; G. MCK. v. SAN RAMON VALLEY U.S.D.          -1-          C-11-04661-CW

Dated: 12/20/11 _____/s/_____
Katherine A. Alberts
STUBBS & LEONE
Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to the Stipulation set forth above, this matter is hereby referred to Mediation. The deadline for holding the ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

Dated: 12/21/2011                      _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

cc:ADR