1 | Kathryn E. Dobel, SBN 85530
Law Office of Kathryn Dobel
2 | 1700 Shattuck Avenue, 77
Berkeley, CA 94709
3 | Telephone: 510.548.2004
Facsimile: 510.666.1315
4 | Cellular:  510.301.4994
spedlaw@comcast.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. McK., BY AND THROUGH HIS GUARDIAN AD LITEM, K. McK., <br><br> Plaintiff, <br><br><br> SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, ANN DODSON, and CONNIE KHANACHET, and DOES 1-20, <br><br> Defendants. <br>_____ | Case No. C-11-04661- CW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulations pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.) The parties agree to participate in Mediation (ADR L.R. 6).

2.) The parties agree to hold the ADR session within 120 days from the date of the Order.

Dated: 12/20/11          /s/_____
                    Kathryn E. Dobel
                    Attorney for Plaintiff

STIPULATION and [PROPOSED] ORDER
SELECTING ADR PROCESS; G. MCK. v.          -1-          C-11-04661-CW
SAN RAMON VALLEY U.S.D.

1  Dated: 12/20/11            _____/s/_____
2                             Katherine A. Alberts
                              STUBBS & LEONE
3                             Attorneys for Defendants

4
5                        [PROPOSED] ORDER

6  Pursuant to the Stipulation set forth above, this matter is
7  hereby referred to Mediation. The deadline for holding the ADR
8  session is 90 days from the date of this order.

9  IT IS SO ORDERED.

10
11 Dated: 12/21/2011           _____
                              HONORABLE CLAUDIA WILKEN
12                            UNITED STATES DISTRICT COURT JUDGE

17 cc:ADR

---

STIPULATION and [PROPOSED] ORDER
SELECTING ADR PROCESS; G. MCK. v.        -2-        C-11-04661-CW
SAN RAMON VALLEY U.S.D.